PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEAN R. OLIVERAS,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting<br>   Commissioner Of Social Security,<br><br>        Defendant. | CIVIL NO. 1:16-cv-00015-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between Jean R. Oliveras (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto. The current deadline is September 26, 2016 and the new deadline would be October 26, 2016. The deadline for any reply would be November 10, 2016. Defense counsel requests this extension of time due to unanticipated leave from the office and an especially heavy caseload, which includes twelve district-court dispositive motions prior to the requested deadline.

STIPULATION                                                                    CASE NO.: 1:16-cv-00015-GSA

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: September 26, 2016        LAW OFFICES OF LAWRENCE D. ROHLFING

                                          By:  /s/ *Young Cho**
                                          YOUNG CHO
                                          Attorney for the Plaintiff
                                          (As authorized by email on September 26, 2016).

                                          Attorneys for Plaintiff

Dated: September 26, 2016        PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          By:  /s/ *Sharon Lahey*
                                          SHARON LAHEY
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

## **ORDER**

     Good cause appearing, pursuant to stipulation, Defendant shall file her response to plaintiff's motion for summary judgment on or before October 26, 2016.  Any reply thereto shall be filed on or before November 10, 2016.

IT IS SO ORDERED.

   Dated:  **September 27, 2016**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION                                                                                   CASE NO.: 1:16-cv-00015-GSA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28